| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:22-CR-066-Z(01) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 1:25-cr-00212-KES |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern District of Texas | DIVISION Amarillo Division |
|---|---|---|
| **Fisher, Keenan** Fresno City, California | NAME OF SENTENCING JUDGE Matthew J. Kacsmaryk | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/12/2025 — TO 08/11/2028 |

OFFENSE
Possession with Intent to Distribute Fentanyl and Aiding and Abetting

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision
The Eastern District of California has requested a transfer of jurisdiction due to Fisher's intention to remain in the Eastern District of California. Moreover, Fisher has no ties and does not plan to return to the Northern District of Texas.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Northern   DISTRICT OF   Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Eastern District of California   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_Oct. 27 2025_
Date

_/s/ Matthew J. Kacsmaryk_
United States District Judge Matthew J. Kacsmaryk

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern   DISTRICT OF   California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*

1